IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLINTON MATTHEW CORBEIL** | : | **CIVIL ACTION NO. 1:13-CV-1323** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **VINCENT CAHILL III**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 25th day of March, 2014, upon consideration of defendants' motion (Doc. 19) to dismiss and/or for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 19) is DENIED.

2. Defendants shall FILE an answer or appropriate pretrial motion on or before April 15, 2014.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania