IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLINTON MATTHEW CORBEIL,** | : | **CIVIL NO. 1:13-CV-1323** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **VINCENT CAHILL, III,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 21st day of January, 2015, upon consideration of defendants' motion (Doc. 46) for partial dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) or partial summary judgment, it is hereby ORDERED that:

1. Defendants' motion (Doc. 46) is GRANTED to the extent that plaintiff's Fourteenth Amendment due process claims are DISMISSED in their entirety.

2. A separate order setting forth the pre-trial schedule applicable to the remaining First Amendment retaliation claim will issue.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania