# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLINTON MATTHEW CORBEIL,** | : | CIVIL NO. 1:13-CV-1323 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 15th day of April, 2016, upon consideration of defendant's motion (Doc. 87) to dismiss, wherein defendant indicates that the parties have consummated a settlement agreement in this matter, and upon further consideration of the parties' joint stipulation of dismissal (Doc. 87-2), it is hereby ORDERED that:

1. The motion (Doc. 87) to dismiss is GRANTED.

2. The complaint is dismissed with prejudice and with no award of costs or attorney's fees.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania